**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

~~FILED~~
~~RECEIVED~~

UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

EMPEROR MESSIAH KING PROPHET©Abdul-Hakim Gregory-Carl:Wind JR.IM,WORLIC Plaintiff

v.

UNITED STATES INCORPORATED _____,

COLORADO SUPREME COURT INCORPORATED _____,

THE PEOPLE OF THE STATE OF COLORADO INCORPORATED _____,

See Attached "B.DEFENDANTS INFORMATION _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Gregory~carl:WindJR.,TM.,W.O.R,LLC #184466 (under Duress) P.O. BOX 777 CANON CITY, COLORADO 81215
(Name, prisoner identification number, and complete mailing address)

EMPEROR MESSIAH KING PROPHET© Abdul-Hakim
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
_X__    Other: (*Please explain*) NON CITIZEN FOREIGN NATIONAL HELD AS a CAPTIVE POLITICAL HOSTAGE/PRISONER OF WAR

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    UNITED STATES INCORPORATED    FEDERAL GOVERNMENT
(Name, job title, and complete mailing address)

1 First St N.E. Washington DC 20573

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*).  Briefly explain:

THE UNITED STATES INCORPORATED COMPANY AND FEDERAL GOVERNMENT ARE BOUND

TO THE COMMON LAW AND WORD OF GOD WHICH IS BOUND TO THE BILL OF RIGHTS 1792

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: <u>COLORADO SUPREME COURT INCORPORATED   FEDERAL GOVERNMENT</u>
(Name, job title, and complete mailing address)

<u>2E, 14th Ave, DENVER, COLORADO 80203</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*).  Briefly explain:

<u>THE COLORADO SUPREME COURT INCORPORATED COMPANY AND FEDERAL GOVERNMENT ARE</u>

<u>BOUND TO THE COMMON LAW AND WORD OF GOD WHICH IS BOUND TO THE BILL OF RIGHTS 1792</u>

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: <u>THE PEOPLE OF THE STATE OF COLORADO ~~INCORPORATED~~ INCORPORATED</u>
(Name, job title, and complete mailing address)

<u>UNKNOWN PLACE OF RESIDENCE OR BUISNESS</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*).  Briefly explain:

<u>THE PEOPLE OF THE STATE OF COLORADO INCORPORATED ARE NAMED ON ALL CHARGING</u>

<u>INSTRUMENTS THAT HOLD ME AS A POLITICAL HOSTAGE AND PRISONER OF WAR IN COLORADO</u>

Defendant 3 is being sued in his/her X individual and/or X official capacity.

## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

X  Other: (please identify) <u>25 U.S.C.S. § 194; Wind v. People, 774 Fed. Appx. 449</u>
<u>(5 USCS § 701 et seq) 30 ALR Fed 714 and Pursuant to U.S. Public Law 97-280 "The</u>
<u>Word of God" (Common Law) Amendment I of the Bill of Rights 1792</u>

3

" B. DEFENDAN(S) INFORMATION."


Solicitor General of the United States
Room 5616 Department of Justice
950 Pennsylvania Avenue, N.W. Washington, DC 20530-0001


DEAN WILLIAMS ( EXECUTIVE DIRECTOR)
1250 Academy Park Loop Colorado Springs, co 80910


RYAN LONG    (WARDEN)
10900 Smith Road Denver, co 80239-8004


Putnam County Court
40 Gleneida Avenue Carmel, N.Y. 10512


THOMAS LITTLE  (WARDEN)
P.O. BOX 777 canon City, co 81215


Federal Buero OF Investigations
8000 E 36th Avenue Denver, co 80238


Colorado Secretary of State
1700 Broadway, Suite 200 Denver, co 80203

_" B. DEFENDAT(S) INFORMATION"_

LARRY WINEGARDNER (5887) (CASE MANAGER)

DONALD NUNEZ (3726)   (MAJOR)

STEVEN BOURNE (16775) (CAPTAIN)

LT. WILL

LT. ZYLSTRA

(CASE MANAGER)   COX   (11846)

P.O. BOX 777 canon city, co 81215


MAT WINDEN   (WARDEN)

P.O. BOX 600 CANON CITY, CO 81215


THE DENVER POST

5990 Washington street Denver, co 80216


KATE KNOWLES BAR#: 43724 AKA KATHERINE KNOWLES BAR#: 47073

PETER A. WEIR

RUSSELL BOHNER

500 Jefferson county parkway Golden, co 80401


DENISE KENNEDY

7005 Vrain street Westminster, co 80030

" B. DEFENDANT(s) INFORMATION."

REBECCA HANSEN (AC1812)

EZEKIEL SPOTTS (AC0605)

KRISTEN MILLER (AC1526)

NINA THOMAS (AC0713)

RANDALL PLANK (AC42089)

JAMES McKENZIE (AC9048)

MATTHEW D MARQUEZ

EVAN COON (AC1624)

ROBERT SHEETZ (AC1620)

STANLEY WATSON (AC1415)

KENNY SHERMAN (AC0121)

BRADLEY GUILDNER (AC1303)

RYAN C DAVIDSON (AC1422)

MATTHEW NEWCOMER (AC0707)

BRIDGETT DOUGHERTY (AC9922)

LEE PAGE (AC9314)

SCOTT PERRY (AC0601)

SCOTT SMITH (AC0116)

RYAN P McCARTHY (AC1711)

RUDY AGUIRRE (AC1801)

ALYSSA AKER (AC1817)

SARAH BARTLETT (AC1805)

ANDREW EWING (AC1520)

" B. DEFENDANT(S) INFORMATION!"

MYKELANN WISE (AC0624)

CODEE GERDEMAN (AC1714)

FERNSTEDT (AC1617)

RICHARD A. REIGENBORN

M. T. MCINTOSH

CASSIE MCGREGOR

HEADQUARTERS 332 N. 19th Ave Brighton, CO 80601

JAIL DIVISION 150 North. 19th Ave Brighton, CO 80601

DETECTIVE DIVISION 4210 East 72nd Ave. suite C commerce city, CO 80022

CHELSIE CHURCH

C/o REBECCA CHURCH

REBECCA CHURCH

Parent of CHELSIE CHURCH

6255 West 78th Place Arvada, CO 80003

MARSHALL BREIT BAR#: 39705

MULLIGAN BREIT, LLC

1801 Broadway — suite 1203 Denver, CO 80202

EMILY M FLEISCHMANN BAR#: 33504

IAN HUDSON MCDAVID BAR#: 51324

4710 East Bromley Lane, Brighton, CO 80601

" B. DEFENDANT(S) INFORMATION "

JEREMY RUBERTS (20109)

RAY ESSLINGER (20103)

KELLY BARE (24230)

DAVID R LESTER (20896)

JASON S POPPENGER (20101)

ANNE CLOYED (23057)

JAMES D BUCKNER (20884)

BERNARD D. VONFELD (20884)

LOGAN TIDWELL (21405)

ERIC FEOLA (21713)

MICHAEL BRUHN HARRIS (21306)

JOSHUA J. JOHNSON (20103)

PAUL E NEWTON

ROGER D COX (20409)

Westminister Police Department

Westminister public safety

9110 Yates Street Westminister, CO 80031

JESS A REDMAN   BAR#: 32176

JENNIFER CAY RATKIEWICZ BAR#: 39084

JOHN ALLEN VANLANDSCHOOT BAR#: 45001

PATRICK DANIEL COSTIGAN  BAR#: 35476

JAMES PETER HOUTSMA  BAR#: 36800

"B. DEFENDANT(S) INFORMATON"

JILL A WEELDREYER BAR #: 42324
JILL A HUESER BAR #: 42324
KATELYN LOUISE KONECNY BAR #: 45209
DAVE YOUNG BAR #: 2118
1000 Judical center, Drive, suite 100 Brighton, co 80601

KATHLEEN MADDEN BAR #: 900105
JOHN ROBERT LOWENBACH BAR #: 6859
TOMEE CRESPIN BAR #: 31950
ROBERT WALTER KIESNOWSKI JR BAR #: 20427
DIANNA L ROYBAL BAR #: 26157
BYRON L HOWELL BAR #: 24604
CINDY HULL BRUNER BAR #: 14442
MICHELLE R MARTINEZ-THOMAS BAR #: 38631
1100 Judicial center Drive Brighton, co 80601

NANCY PELOSKI
HILLIARY CLINTON
WILLIAM CLINTON
PRESIDENT ROOSEVELT (1433)
CENTERAL INTELIGENCE AGENCY
UNITED STATES INCORPORATED
1 First street NE Washington, DC 20573

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____ TRESPASS

Supporting facts: The legislature cannot lawfully control Me because I am a flesh and blood human being. Allah alone created Me, and by Right of Creation, Allah alone can control Me. It is the nature of law, that what one creates, one controls. This natural law is the force that binds a creature to its creator. Allah Alone created Me and I am therefore, subject to Allah's Laws as I acknowledge Allah as creator.

The Respondents/Defendants are all Named as an Equal/in joinder, In Regards to all claims set forth. The Respondents/Defendants are all equal in guilt for TRESPASS, RACKETEERING and TREASON operating under a military social construct De-facto Bankruptcy. The Respondents/Defendants have contracted by implication as Administrators of the U.S. Bankruptcy. The Respondents/Defendants have enjoyed priviledges collecting Booty in the spoils of War. The Respondents/Defendants are therefore held in the balance by implication and priviledge as an equal Defendant/Debtor. The Respondents/Defendants/Debtors are corruptors of the American Democracy and freedoms upon which this country was founded.

Additional Paper is attached see: "D. STATEMENT OF CLAIMS."

4

## " D. STATEMENT OF CLAIMS."

Notice to all whom these presents may come: "If I am here at all I am so as a man; I am NOT here

as a resident of any state (Nation), nor am I of or "in this state", nor am I a [Statutory]

"Citizen of the united states" (in congress assembled) as ALL are fictions/creations of

government and therefore and as such No statutes apply to Me as evidenced. I am a

creature of Nature (the creator) and therefore I am a transient foreigner by Nature While

traveling through Life. I am here as a intinere, as a neutral, for a short time, on my way

to the greater beyond, a steward of my father's land and wishes. My documents of "in intinere"

standing are recorded for all to see; see; Dred scott v. sanford, 60 us (19 How.) 393, 595

(1857) Justice curtis, S. Ct. Notice of full faith and credit (I, Me, Myself am a "State", with

standing, standing in "original jurisdiction" known as the common law, Allah's Law a neutral

traveling in itinere, demanding all of my rights under God's Natural Laws, recorded in part in

the Torah, Bible, and Qur'an, which law is recognized in US public law 97-280 as "the word

## "D, STATEMENT OF CLAIMS."

of GOD and all men are admonished to learn and apply it " so I demand anyone and everyone,

to notice God's Laws, which are My Makers Laws and therefore My laws!)—Article

I of the Bill of Rights—guarantees freedom of Religion,

I announce my shahadah (testimony) in English, then in Arabic; I bear witness

that there is no deity except Allāh, who has no partner, and that Muhammad

is His servant and messenger (ashhadu an la illaha illa Allāh, Wahdahu la

sharikah lahu wa ashhadu anna Muhammadan ʿabduhu wa

rasulahu).

The Law is knowledge, the path action, the Truth attainment unto God, then

Whoso hopeth to meet his Lord, let him do good works and associate none

other in the service of his Lord, And God bless the best of His creatures, Muhammad,

and his family and his companions and the people of his House, and grant them peace!

## "D. STATEMENT OF CLAIMS"

The legislature cannot lawfully control Me because I am a flesh and blood human being. Allāh, alone created Me, and by Right of creation, Allāh alone can control Me. It is the nature of Law, that what one creates, one controls. This natural Law is the force that binds a creature to its creator. Allāh Alone created Me and I am therefore, subject to Allāh's Laws as I acknowledge, Allāh as creator. The people vs. Herkimer, 15 American Decisions 379, 4 cowen (NY 345, 348 (1825)); 1 U.S.C. 51, n 12, United States vs. Fox, 94 U.S, 314; Hale vs. Henkel, 201 u.s. 43 at 74; 1 U.S.C. 551, church of Scientology vs. u.s. Dept. of Justice, 612 F 2d 417, 425 (1979)

Amendment I, THE BILL OF RIGHTS (1792) Wind v. people, 774 Fed. APP X. 449; Tenth Circuit No. 19-1036

Congress shall make no law respecting an establishment of religion; or prohibiting the free exercise thereof; or abridging the freedom of speech; or of the press; or the right of the people peaceably to assemble; or to petition the Government for redress of grievances.

## "D. STATEMENT OF CLAIMS:"

All law enforcement today, including the NATIONAL PARK POLICE, SHERIFFS, and DEPARTMENT OF CORRECTIONS, roll up to Interpol, which is a military organization. The police are a private army, and have been at war with the people since President ROOSEVELT, under color of law, altered the Trading With the Enemy Act, effectively declaring all sovereign Americans to be enemies of the state., United States vs. Lee, 106 U.S. 196 at 208; perry vs. united states, 244, US 330, 353 (1435); Yick Wo vs. Hopkins, 118 US 356; Julliard vs. Greenman, 110 U.S. 421; Down vs. Bidwell, 182 U.S. 277.

On October 6, 1917, the UNITED STATES passed a corporate policy called the Trading with the Enemy Act. In section 2, sub-section (c) of the Act it defines the enemy as "other than citizens of the UNITED STATES," i.e., any individual not born in the District of columbia, a territory, or possession of the UNITED STATES - the sovereign people of America. sovereigns are "Foreign" to the UNITED STATES. Then on March 3, 1933, the Trading with

"D. STATEMENT OF CLAIMS."

the Enemy Act was again amended for the purpose of confiscating all private gold holdings. While

the amendment only targeted "citizens of the UNITED STATES," the Executive order calling in the

gold was circulated throughout the 50 states of the Republic, implying that those "foreign" to

the UNITED STATES where also obligated to comply with the order. The trick worked. A dollar of

gold was exchanged for a dollar of debt. The debt was owed to the Federal Reserve Bank,

on which they charge interest in the form of the Income Tax. This enabled a predatory

system fueled by huge profits for municipal corporations, counties, judges, attorneys,

crooked cops, and the prison industry. It is a very sophisticated Racketeering

organization and TREASON AGAINST ALL OF AMERICA! Colo. Const. Art. II, section 9.

TREASON; 18 U.S.C 1959 RICO ACT; 18 U.S.C 1961-1968 RICO ACT; 49 Am J1st States §91, Federal

Tort claims Act, 28 USC §§ 1491 et seq; 20 Am J2d Cts § 132., 70 ALR 3d 1153; Hobbs Act 1977

wash ULA 326'; 5 USCS § 701 et seq; 30 ALR Fed 714'; Taft-Hartley Act; Clayton Trust Act; Smith Act

"D. STATEMENT OF CLAIMS."

The U.S. courts are NOT constitutional. They are military courts of Admiralty based on the private, copyrighted, international law of equity. The judges and attorneys are administrators of the U.S. bankruptcy. They are power hungry sociopaths, experts in lying, cheating, stealing, and intimidation, who are used to getting their way and running roughshod over the "people". They are the 'officers' of the corporation compelling me to their 'private-corporate-statutes' unlawfully, to compel my obedience, extract revenue from me and imprison me within their 'facilities' for their commercial gains; Martin et al vs. the Lessee of Waddell, (1342) 41, U.S. (16 Pet.) 367, 410, 10 L. ED 997, 1013; EX Parte Owen, 10 Okla Crim Rep 284, 136, P 197, Cas 1916 A 522; Colo. Const. Art II, Section 1 VESTMENT OF POLITICAL POWER; The People vs. Herkimer, 15 American Decisions 379, 4 Cowen (NY 345, 348 (1825); Lansing vs. Smith, 4 wend, 9, 20 (1829); Glass vs the sloop Betsy, 3 Dall 6; Colo. Const. Art. II, Section 2 PEOPLE MAY ALTER OR ABOLISH FORM OF GOVERNMENT; ALL 10 Amendments of THE BILL OF RIGHTS 1792

" D. STATEMENT OF CLAIMS," "F. ADMINISTRATIVE REMEDIES."

Agreement and Affidavit for Waiver

WHEREFORE, the Adams County Sheriff's Office does recognize the jurisdiction of Sheriff M. McIntosh as a duly elected representative of the people of Adams County, AND WHEREFORE the Adams County Sheriff's Office does recognize the jurisdiction of Magistrate B. Howell, The Adams County Sheriff's Office does recognize that the Judge's Order does include that the Adams County Sheriff's Office SHALL obtain fingerprints and DNA to obtain identification.

WHEREFORE, the Adams County Sheriff's Office, as a recognized law enforcement organization under the direction of Sheriff M. McIntosh, a duly elected representative by a majority of land owners in the County of Adams, Colorado is compelled to follow the orders of any Judge or Magistrate under the law. This SHALL include any orders to obtain fingerprints and DNA where those fingerprints and DNA are used for identification of any individual.

WHEREFORE, GREGORY CARL WIND who as a citizen existing in self-sovereignty is the subject of the Judge's Order under case 2018CR000698. AND WHEREFORE that Judge's Order does demand that fingerprints and DNA SHALL BE COLLECTED the Adams County Sheriff's Office must collect those so ordered.

WHEREFORE, GREGORY CARL WIND who does exist as a citizen in self-sovereignty MUST comply with the order of Magistrate B. Howell.

UNDER NO CIRCUMSTANCES will the Adams County Sheriff's Office nor any of its assigns or proxies hold these fingerprints or DNA as an admittance of guilt for the named party GREGORY CARL WIND a citizen in self-sovereignty. The Adams County Sheriff's Office does also hold that any fingerprints or DNA SHALL BE USED ONLY FOR THE PURPOSE OF IDENTIFICATION of the party GREGORY CARL WIND a citizen in self-sovereignty.

It is so recognized this fifth day of April two thousand and eighteen (04/05/2018) that the undersigned, as a representative of the Adams County Sheriff's Office, does agree that the collection of fingerprints for Gregory Carl Wind, a citizen in self-sovereignty SHALL NOT CONSTITUTE AN ADMISSION OF GUILT FOR ANY REASON.

Representative: _Joe Goldman_ 17-18_____     Date: _4/5/18_

Adams County Colorado

I, _Cassie McGregor_, a Notary Public for said County and State, do hereby certify that _Wind; Gregory_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the _5_ day of _April_ 20_18_.

CASSIE MCGREGOR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154042303
MY COMMISSION EXPIRES OCTOBER 27, 2019

"D. STATEMENT OF CLAIMS."    "G. REQUEST FOR RELIEF"  "F. ADMINISTRATIVE REMEDIES,"

UNITED STATES INCORPORATED

COLORADO ATTORNEY GENERAL

FEDERAL BUERO OF INVESTIGATIONS

## THIS IS AN ORDER TO CEASE AND DESIST

The use of the name(s) GREGORY WIND, GREGORY CARL WIND and GREGORY CARL WIND JR a corporate entity. I am the owner of such said name(s) and said attorney-In-fact. You do not have my permission to use my property rights. It seems to me you are commanding me to surrender my private property for your use without compensating me? My name is my property and I do not give away any of my name(s) for the use of others without being compensated. I demand that you CEASE AND DESIST the use of my name(s). Since you have used that piece of property already you are hereby noticed that the fee inquired for the use of my property amounts to be $2,000,000,000.00 (TWO BILLION DOLLARS). I will not waive the charge you have incurred. I demand you elect not to ever use my name(s)/property again CEASE AND DESIST such use IMMEDIATELY.

Further Affiant saith not

Dated this 09 day of April , 2020 AD /shaban - 16 -1441

/s/ Without prejudice EMPEROR MESSIAH KING PROPHET© Abdul-Hakim
     /s/ EMPEROR MESSIAH PROPHET
     /s/ Gregory Carl Wind JR, T.M..W.O.P,LLC
         Affiant and Authorized Representative.
         Attorney – In – Fact in behalf of GREGORY CARL WIND,
         GREGORY CARL WIND JR, GREGORY WIND, GREG WIND, Ens
         legis, sovereign political Power holder  The flesh and blood man. Religious
         Scientist. Science of MIND, GOD-BODY. A child of the living God, Grantor.
         secure party, suijuris, a private man on
         The land an American by birth and Principal of which Rights existed long
         Antecendant to the organization of the states and Trustee

**Anthony G Wind, Jr**

Born: April 9, 1930
Died: March 30, 2016
Location: Siloam Springs, Arkansas

Backstrom-Pyeatte Funeral Home

2230 N. Thompson
P.O. Box 6294
Springdale, AR 72766
*backstrompyeatte@sbcglobal.net*
Tel. (479) 756-2010

# Tribute & Message From The Family

Anthony G. Wind, Jr., 85 of Siloam Springs, AR passed away Wednesday, March 30, 2016 at the Washington Regional Medical Center in Fayetteville.

Anthony was born April 9, 1930 in Buffalo, New York, a son of Anthony G. Wind Sr. and Teresa VanLeckWyck Wind. Anthony married the love of his life, Ruth V. Brown on June 26, 1954 in Coatesville, PA.

Anthony joined the U.S. Navy and served during the Korean Conflict. After his discharge he worked for AT&T as a Telecommunications Engineer, responsible for designing the layout of Fiber Optic Cables. While working at ATT he went to night school and earned his Bachelor's in Engineering.

Anthony was very talented musically having played the Xylophone in his high school marching band, sang in a quartet, a member of the Old Cathedral Choir and substituting as the organist while in Buffalo, NY, was the Choir Master in Carmel, NY for 25 years, and was music coordinator for the Saints Volunteer Fire Department Marching Band.

Anthony was also very active civically having been the Director of the CCD for 25 years, Commissioner of the Boy Scouts of America for 30 troops in New York, a member of the Kiwanis Club, the American Legion Post #29 in Siloam Springs, the Computer Club, the Model Train Club, was Past President of the Ark-Oma Whirlaways Square Dancers, an avid genealogist, gardener and loved to play dominoes.

Anthony was a member of the St. Mary's Catholic Church in Siloam Springs and was a Fourth Degree Knight of Columbus, having been instrumental in starting both the 3Rd Degree and 4th Degree Councils in Siloam Springs and served as the Faithful Navigator.

Anthony is survived by his wife, Ruth Wind of the home; children, Marie Wilbanks of Gentry, AR; Anthony Wind III of Gravette, AR; Paul H Wind of Mt. View, AR; Louise K. Vega of Newberg, NY; Kateri B.Killman of Siloam Springs, AR; Cecelia R. Wind of San Diego, CA; Larry Wind of Siloam Springs, AR; and Judith Ann Wind-Walker of Ramona, CA;15 Grandchildren and 21 Great Grandchildren.

He was preceded in death by one son, Gregory Wind and one grandson, Anthony Wind IV.

Visitation will be held at the Backstrom-Pyeatte Funeral Home on Friday, April 1, 2016 from 6:00pm to 8:00pm with a Rosary Service being conducted during visitation at 7:00pm.

A Funeral Mass will be held at the St Mary's Catholic Church on Saturday, April 2, 2016 at 10:00am under the direction of the Backstrom-Pyeatte Funeral Home of Siloam Springs. To sign the online guest book, visit **www.Backstrom-Pyeatte.com**.

In lieu of flowers memorial contributions can be made to the American Legion Post #29 or to the Knights of Columbus 3rd Degree.

Powered By

*tributes*

This information provided by the CSP Library
Approved for W. nd # 184466
On: 3-31-20
Approved by: _____ , Librarian

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  X̲ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

| | | |
|---|---|---|
| Name(s) of defendant(s): | DEAN WILLIAMS THE PEOPLE | THE PEOPLE OF THE STATE OF COLORADO (D.C. No. 1:18-cv-02982-LTB)(D(ole) |
| Docket number and court: | 1:20-cv-00203 District court 1:20-cv-00205 District court | TENTH CIRCUIT 19-1036 |
| Claims raised: | false imprisonment | I AM A SOVEREIGN |
| Disposition: (is the case still pending? has it been dismissed?; was relief granted?) | Pending | SEE E.PREVIOUS LAWSUITS |
| Reasons for dismissal, if dismissed: | N-A | SEE E.PREVIOUS LAWSUITS |
| Result on appeal, if appealed: | N-A | SEE E.PREVIOUS LAWSUITS |

Civil Action No. 1:20-cv-00586-GPG U.S.District court
See Attached Pages "E. PREVIOUS LAWSUITS."

## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

      X̲ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

      X̲ Yes ___ No (*check one*)

"F. ADMINISTRATIVE REMEDIES" "E. PREVIOUS LAWSUITS." "D. STATEMENT OF CLAIMS"

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on | 3/9/2020 | $0.50 |

# Wind v. People, 774 Fed. Appx. 449

United States Court of Appeals for the Tenth Circuit

May 28, 2019, Filed

No. 19-1036

**Reporter**

774 Fed. Appx. 449 * | 2019 U.S. App. LEXIS 15704 ** | 2019 WL 2263506

EMPEROR MESSIAH/KING PROPHET GREGORY CARL WIND, JR., Plaintiff - Appellant, v. THE PEOPLE OF THE STATE OF COLORADO ATTORNEY GENERAL; THE PEOPLE OF THE STATE OF COLORADO SECRETARY OF STATE; THE PEOPLE OF THE STATE OF COLORADO GOVERNOR'S; THE PEOPLE OF THE STATE OF COLORADO ADAMS COUNTY COURT, Défendants - Appellees.

**Notice:**

PLEASE REFER TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1 GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.

**Prior History:**

[**1] (D.C. No. 1:18-CV-02982-LTB). (D. Colo.).

## Core Terms

IFP, district court, prosecute

**Counsel:** EMPEROR MESSIAH/KING PROPHET GREGORY CARL WIND, JR., Plaintiff - Appellant, Pro se, Denver, CO.

**Judges:** Before LUCERO, PHILLIPS, and EID, Circuit Judges.

Page 1 of 5

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on | 3/9/2020 | $0.50 |
|---|---|---|---|---|---|---|---|

**Opinion by:** Gregory A. Phillips

## *Opinion*

[\*450]  **ORDER AND JUDGMENT\*♣**

Gregory Carl Wind, Jr., a Colorado state prisoner proceeding pro se,1♣ appeals the dismissal of his 42 U.S.C. § 1983 action. The district court dismissed Mr. Wind's claim without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). Exercising jurisdiction under 28 U.S.C. § 1291, we affirm.

[\*451]  **BACKGROUND**

On November 19, 2018, Mr. Wind filed a § 1983 complaint listing the following defendants: the Colorado Adams County Court, the Colorado Attorney General, the Colorado Governor, and the Colorado Secretary of State.2♣ The complaint was unintelligible, and the only identifiable potential claim was that Mr. Wind was a sovereign, meaning "the State of Colorado lacks all jurisdiction over [him]." R. vol. I at 6. Mr. Wind stated that he was seeking monetary damages.

On November 28, 2018, the magistrate judge assigned to the case entered an order directing Mr. Wind to file an amended complaint. The court outlined that under Rule 8 of the Federal Rules of Civil Procedure, Mr. Wind's complaint must contain "(1) a short and plain statement of the grounds for the court's jurisdiction, [\*\*2] . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." R. vol. I at 23. The court informed Mr. Wind that his original complaint did not comply with Rule 8. Accordingly, the court ordered Mr. Wind to file an amended complaint "**within thirty days from the date of the Order**."3♣ R. vol. I at 24. The court warned that failure to comply with the order would result in dismissal of the action.

Mr. Wind did not do as told. Instead, he filed several documents titled "amended complaint" that contained the same incomprehensible writings as his initial complaint. He also filed a document titled "power of attorney" and one titled "affidavit of truth." None of these documents complied with Rule 8.

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on |

**Opinion by:** Gregory A. Phillips

*Opinion*

[*450] ORDER AND JUDGMENT*&

Gregory Carl Wind, Jr., a Colorado state prisoner proceeding pro se,1& appeals the dismissal of his 42 U.S.C. § 1983 action. The district court dismissed Mr. Wind's claim without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). Exercising jurisdiction under 28 U.S.C. § 1291, we affirm.

- [*451] BACKGROUND

On November 19, 2018, Mr. Wind filed a § 1983 complaint listing the following defendants: the Colorado Adams County Court, the Colorado Attorney General, the Colorado Governor, and the Colorado Secretary of State.2& The complaint was unintelligible, and the only identifiable potential claim was that Mr. Wind was a sovereign, meaning "the State of Colorado lacks all jurisdiction over [him]." R. vol. I at 6. Mr. Wind stated that he was seeking monetary damages.

On November 28, 2018, the magistrate judge assigned to the case entered an order directing Mr. Wind to file an amended complaint. The court outlined that under Rule 8 of the Federal Rules of Civil Procedure, Mr. Wind's complaint must contain "(1) a short and plain statement of the grounds for the court's jurisdiction, [**2] . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." R. vol. I at 23. The court informed Mr. Wind that his original complaint did not comply with Rule 8. Accordingly, the court ordered Mr. Wind to file an amended complaint "**within thirty days from the date of the Order.**"3& R. vol. I at 24. The court warned that failure to comply with the order would result in dismissal of the action.

Mr. Wind did not do as told. Instead, he filed several documents titled "amended complaint" that contained the same incomprehensible writings as his initial complaint. He also filed a document titled "power of attorney" and one titled "affidavit of truth." None of these documents complied with Rule 8.

"F. ADMINISTRATIVE REMEDIES."     "E. PREVIOUS LAWSUITS."     "D. STATEMENT OF CLAIMS."

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on | 3/9/2020 | $0.50 |

On January 4, 2019, the district court entered an order dismissing Mr. Wind's case. The order detailed that Mr. Wind had failed to comply with the magistrate's November 28 order by failing to file an "amended complaint that conforms to the requirements set forth in Fed. R. Civ. P. 8." R., vol. I at 62. So, the court held that Mr. Wind had failed to prosecute and dismissed the complaint without prejudice under Fed. R. Civ. P. 41(b). The court certified that any appeal taken would not be taken in [**3] good faith and, the court warned, should Mr. Wind appeal he would be responsible for the $505 appellate filing fee or he would have to file a motion to proceed IFP before this court. Mr. Wind timely filed a notice of appeal. He has also moved to proceed IFP on appeal.

**DISCUSSION**

*I. The district court did not abuse its discretion when it dismissed Mr. Wind's complaint.*

We review for an abuse of discretion a district court's order dismissing a § 1983 claim for failure to prosecute. *Harvey v. Thompson*, 746 F. App'x 722, 726 (10th Cir. 2018). A district court abuses its discretion when its actions are "arbitrary, capricious, or whimsical." *United States v. Pacheco*, 884 F.3d 1031, 1047 (10th Cir. 2018).

Mr. Wind points us to nothing resembling an abuse of discretion and we see none ourselves. A district court has the sua sponte  **[*452]**  authority to dismiss a claim when a plaintiff has failed to prosecute his case. *Link v. Wabash R. Co.*, 370 U.S. 626, 630, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962). "The need to prosecute one's claim (or face dismissal) is a fundamental precept of modern litigation. . . ." *Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1152 (10th Cir. 2007).

Here, the magistrate's order explained in detail the problems with Mr. Wind's initial pleading. The magistrate then instructed Mr. Wind how to cure these defects and gave him ample time to amend. Mr. Wind did not take advantage of the court's advice or the additional time. Instead, Mr. Wind filed several [**4]  documents containing the same language the court had already told him was deficient. Accordingly, the district court did not abuse its discretion in dismissing Mr. Wind's case without prejudice.

*II. We deny Mr. Wind's motion to proceed IFP.*

This matter is also before the court on Mr. Wind's motion to proceed IFP and, as a related matter, whether this filing should count as a "strike" under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g). "In order to succeed on his [IFP] motion, an appellant must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir.

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on | 3/9/2020 | $0.50 |
|---|---|---|---|---|---|---|---|

1991) (citing *Coppedge v. United States*, 369 U.S. 438, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962)). The Supreme Court has made clear "that merit or lack of merit is not the test" for determining such a motion. *Ragan v. Cox*, 305 F.2d 58, 60 (10th Cir. 1962). All that is needed is "a rational argument on the law or facts." *Elliot v. Davies*, 947 F.2d 953, 953 (10th Cir. 1990). Mr. Wind's appeal does not contain a "reasoned, nonfrivolous argument on the law and the facts." *DeBardeleben*, 937 F.2d at 505. Accordingly, we deny Mr. Wind's motion to proceed IFP and order immediate payment of the unpaid balance due.

Additionally, this appeal will count as a strike under the PLRA. "Under the PLRA, prisoners obtain a 'strike' against them for purposes [**5]  of future ifp eligibility when their 'action or appeal in a court of the United States . . . was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . .'" *Hafed v. Fed. Bureau of Prisons*, 635 F.3d 1172, 1176 (10th Cir. 2011) (quoting 28 U.S.C. § 1915(g)) (abrogated on other grounds as recognized by *Carr v. Zwally*, 760 F. App'x 550, 558 (10th Cir. 2019)). A prisoner cannot bring a civil action or appeal once he has obtained three strikes, unless "under imminent danger of serious bodily injury." § 1915(g).

The district court dismissed Mr. Wind's complaint without prejudice for failure to prosecute. Ordinarily, dismissal for failure to prosecute does not count as a strike under § 1915(g). *Hafed*, 635 F.3d at 1179. So, Mr. Wind does not receive a strike for the district court's dismissal. But we deem this appeal frivolous and, as a result, assess one strike for Mr. Wind's appeal of the district court's order.

**CONCLUSION**

We affirm the district court's judgment, deny Mr. Wind's motion to proceed IFP, and assess Mr. Wind one strike under the PLRA. All other outstanding motions are denied as moot.

Entered for the Court

Gregory A. Phillips

Circuit Judge

**Footnotes**

- *\*

    After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Purchased from Legal Services on    3/9/2020    $0.50

Property of  Wind  184466  5 pages  2 double sided sheets of paper

1991) (citing *Coppedge v. United States*, 369 U.S. 438, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962)). The Supreme Court has made

clear "that merit or lack of merit is not the test" for determining such a motion. *Ragan v. Cox*, 305 F.2d 58, 60 (10th Cir. 1962).

All that is needed is "a rational argument on the law or facts." *Elliot v. Davies*, 947 F.2d 953, 953 (10th Cir. 1990). Mr. Wind's

appeal does not contain a "reasoned, nonfrivolous argument on the law and the facts." *DeBardeleben*, 937 F.2d at 505.

Accordingly, we deny Mr. Wind's motion to proceed IFP and order immediate payment of the unpaid balance due.

Additionally, this appeal will count as a strike under the PLRA. "Under the PLRA, prisoners obtain a 'strike' against them for

purposes [**5] of future ifp eligibility when their 'action or appeal in a court of the United States . . . was dismissed on the

grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . .'" *Hafed v. Fed. Bureau of*

*Prisons*, 635 F.3d 1172, 1176 (10th Cir. 2011) (quoting 28 U.S.C. § 1915(g)) (abrogated on other grounds as recognized by

*Carr v. Zwally*, 760 F. App'x 550, 558 (10th Cir. 2019)). A prisoner cannot bring a civil action or appeal once he has obtained

three strikes, unless "under imminent danger of serious bodily injury." § 1915(g).

The district court dismissed Mr. Wind's complaint without prejudice for failure to prosecute. Ordinarily, dismissal for failure to

prosecute does not count as a strike under § 1915(g). *Hafed*, 635 F.3d at 1179. So, Mr. Wind does not receive a strike for the

district court's dismissal. But we deem this appeal frivolous and, as a result, assess one strike for Mr. Wind's appeal of the

district court's order.

**CONCLUSION**

We affirm the district court's judgment, deny Mr. Wind's motion to proceed IFP, and assess Mr. Wind one strike under the

PLRA. All other outstanding motions are denied as moot.

Entered for the Court

Gregory A. Phillips

Circuit Judge

**Footnotes**

* **\*** After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not
materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

"F. ADMINISTRATIVE REMEDIES."   "E. PREVIOUS LAWSUITS."   "D. STATEMENT OF CLAIMS."

| Property of | Wind | 184466 | 5 pages | 2 double sided sheets of paper | Purchased from Legal Services on | 3/9/2020 | $0.50 |

- 1🌾

We construe Mr. Wind's pleadings liberally but we will not act as his advocate. *United States v. Pinson*, 584 F.3d 972, 975 (10th Cir. 2009).

- 2🌾

Mr. Wind also moved to proceed in forma pauperis (IFP). The magistrate granted the IFP motion and permitted Mr. Wind to proceed without paying an initial partial filing fee. But the court required Mr. Wind "to pay the required 350.00 filing fee through monthly installments." R. vol. I at 20.

- 3🌾

The court clarified that Mr. Wind needed to explain "(1) what a defendant did to him; (2) when the defendant did it; (3) how the defendant's action harmed him; and (4) what specific legal right the defendant violated." R. vol. I at 24.

Property of Wind #184466

Property of Wind #184466

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00586-GPG

GREGORY WIND,[1]

      Plaintiff,

v.

COLORADO ATTORNEY GENERAL,
GOVERNOR JARED POLIS,
ADAMS COUNTY COMBINED COURT,
DEAN WILLIAMS, Executive Director,
UN ITED STATES DEPARTMENT OF JUSTICE,
WARDEN RYAN LONG,
LT. WILL,
LT. ZYLSTRA,
WARDEN THOMAS LITTLE,
FEDERAL BUREAU OF INVESTIGATIONS,
COLORADO SECRETARY OF STATE,
COX, Case Manager,
LARRY WINEGARDNER, CMIII,
DONALD NUNEZ, Major,
STEVEN BOURNE, Captain,
MAT WINDEN, Warden,
THE DENVER POST,
SOLICITOR GENERAL OF THE UNITED STATES, and
ADAMS COUNTY SHERIFF'S DEPARTMENT,

      Defendants.

---

ORDER OF DISMISSAL

---

On February 28, 2020, Plaintiff submitted a Prisoner Complaint, ECF No. 1, and

---

1  Although Plaintiff refers to his name as "Gregory Carl: Wind Jr., TMWOP LLC Emperor Messiah King Prophet © Abdul-Hakeem" on the Complaint form, the Court finds that the Colorado Department of Corrections' (DOC's) website lists him as "Gregory Wind." In keeping with the DOC's inmate registration, the Court will identify Plaintiff as Gregory Wind and not otherwise.

Case No. 1:20-cv-01113-LTB    Document 1    filed 04/20/20    USDC Colorado    pg 31 of 33
"E. PREVIOUS LAWSUITS."
Case 1:20-cv-00586-LTB    Document 6    Filed 04/10/20    USDC Colorado    Page 2 of 3

a "Motion to Proceed Pursuant to (5 USCS § 701 et seq) 30 ALR Fed 714 and Pursuant to U.S. Public Law 97-280 'The Word of God' (Common Law)," ECF No. 3.    Magistrate Judge Gordon P. Gallagher entered an Order to Cure Deficiencies, ECF No. 4, on March 3, 2020, that directed Plaintiff to file a Prisoner Complaint that provides all information requested in Section E. of the Court-approved form and either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $400 filing fee.    Magistrate Judge Gallagher also warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Rather than comply with the March 3, 2020 Order, Plaintiff filed a pleading titled, "Writ of Mandamus 34 Am Jist Mand § 2 An Extraordinary," ECF No. 5.    The Writ of Mandamus is nonresponsive to the March 3 Order to Cure Deficiencies.    Because Plaintiff has failed to comply with March 3 Order to Cure Deficiencies within the time allowed, the Court will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.    *See Coppedge v. United States*, 369 U.S. 438 (1962).    If Plaintiff files a notice of appeal, he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.    Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.    It is

\#

\#

2

*E. PREVIOUS LAWSUITS*

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.   It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this ___10th___ day of _____April_____, 2020.

BY THE COURT:

s/Lewis T. Babcock
_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

#

#

3

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do: If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF." DISCHARGE THE DEBTOR; GREGORY CARL WIND and Release the Flesh and Blood Man*

Gregory-Carl-Wind JR; SEE UCC FINANCING STATEMENT. ALL Certificates of Birth Document #✗L4534106✗ as herein liened and claimed at a sum certain $6,000,000,000.00 (SIX BILLION DOLLARS and ZERO CENTS) said registration is to secure the rights, Title(s) and interest in and of the Root of Title and Birth Certificate #✗L4534106✗ Additional Paper is attached "G. REQUEST FOR RELIEF." on case #17CR3013 Request for Relief is $10,000.00 A Day for each day that Mr. Wind has been held as a Captive Hostage since August-08-2017 on case #18CR2286 Request for Relief is $4,000,000,000.00 on case #19CR3041 Request for Relief is $10,000,000,000.00 To be Paid in the weight of Gold for the standard U.S. Dollar of equal value in Gold

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ EMPEROR MESSIAH KING PROPHET© Abdul-Hakim

/s/ Affiant ENS LEGIS/TRUST: PRIVATE: Secured Party — JKMMWOP LLC under threat duress and coercion
(Plaintiff's signature)

Thursday-April-09-2020/shaban-16-1441
(Date)

(Form Revised December 2017)

6